AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

FILED
AUG 07 2014

CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| TIMITHY J. FIELDING | ) | Case No. 14-MJ-16 |
| | ) | |
| _____ | ) | |
| Defendant | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  08/07/2014  in the county of  Meade  in the _____ District of  South Dakota , the defendant violated    18    U. S. C. §  1591(a)(1) and 1594(a) , an offense described as follows:

The defendant knowingly, in and affecting interstate commerce, attempted to recruit, entice, and obtain a person who had not attained the age of 18 years, knowing the person would be caused to engage in a commercial sex act.

This criminal complaint is based on these facts:
See Affidavit in Support

☐ Continued on the attached sheet.

_____
DAVE STEPHAN
*Complainant's signature*

Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Aug 7, 2014

_____
*Judge's signature*

City and state: Sioux Falls, South Dakota      John E. Simko, U.S. Magistrate Judge
*Printed name and title*