UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION



FILED
JUL 25 2016

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14-50064 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| TIMITHY J. FIELDING, | |
| Defendant. | |

The undersigned parties stipulate that the following facts are true and establish a factual basis for the plea in the action pursuant to Federal Rules of Criminal Procedure 11(b)(3):

Starting on August 1, 2014, the South Dakota ICAC and DCI, along with the Federal Bureau of Investigation (FBI) and other law enforcement agencies, set up a sex trafficking operation during the Sturgis Motorcycle Rally. As part of the operation, law enforcement agents put out multiple advertisements on several online websites. Language in the advertisement was used to indicate to a person familiar with such terminology that the advertisement was offering young girls for prostitution. In addition, agents generated business cards which contained several images and language which advertised sex with children. The business cards were then placed in various locations in and around Sturgis. Multiple men, including Timithy J. Fielding, responded to the

business cards. He communicated via text message utilizing his cellular phone, and negotiated with undercover agents who were posing as a pimp. During the negotiations, Fielding knew he was communicating with law enforcement agents involved in an active investigation, and intentionally made materially false statements via text message regarding the investigation which led the law enforcement agents to believe that he would participate in the advertised illegal sexual activity. His false statements misled the agents and wasted their limited resources. The matter of the false communications was related to 18 U.S.C. § 1591, investigations of which involve the executive branch of the government of the United States.

RANDOLPH J. SEILER
United States Attorney

_4/4/16_
Date

SARAH B. COLLINS
Senior Litigation Counsel
515 9th Street #201
Rapid City, SD 57701
Telephone: (605)342-7822
Facsimile: (605)342-1108
E-Mail: sarah.b.collins@usdoj.gov

_03-31-2016_
Date

TIMOTHY J. FIELDING
Defendant

_4-4-2016_
Date

GARY G. COLBATH, JR.
Attorney for Defendant

2