UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

**FILED**
SEP 2 2 2016
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TIMITHY J. FIELDING,<br><br>　　　　　Defendant. | CR 14-50064<br><br>SUPERSEDING INFORMATION<br><br>FALSE STATEMENT<br>(18 U.S.C. § 1001) |

The Assistant United States Attorney Charges and Informs the Court:

On or about between August 1, 2014, and August 7, 2014, in the District of South Dakota and elsewhere, the defendant, Timithy J. Fielding, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the government of the United States, by engaging in false negotiations with agents during an undercover operation. The statements and representations were false because as the defendant, Timithy J. Fielding, then and there knew, he did not intend to engage in the acts for which he negotiated, all in violation of 18 U.S.C. § 1001.

Sarah B. Collins
Assistant U.S. Attorney